**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00596-CR

**STEVEN SPRIGGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-54549-P**

## ORDER

The Court **GRANTS** appellant's June 28, 2013 motion to supplement the clerk's record.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** from the date of this order, either a supplemental clerk's record that includes the FORVUS printout of the current disposition of the aggravated robbery charge for which appellant was arrested on March 24, 2013 in DeSoto or written verification that the document is not on file with the clerk's office.

We **ORDER** the Clerk of the Court to send a copy of this order to Gary FitzSimmons, Dallas County District Clerk.

/s/     DAVID EVANS
        PRESIDING JUSTICE